UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMY GRAY,<br><br>                    Plaintiff(s),<br>vs.<br><br>STATE OF NEVADA,<br><br>                    Defendant(s). | Case No.:  2:13-cv-00834-GMN-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE CAM FERENBACH** |

Before the Court for consideration is the Report and Recommendation (ECF No. 4) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered June 7, 2013.

Pursuant to Local Rule IB 3-2(a), objections were due June 24, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall file Plaintiff's Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (ECF No. 1-1) is hereby **DISMISSED** *with prejudice*, as it is clear from the face of the complaint that the [jurisdictional] deficiencies could not be cured by amendment.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**DATED** this 1st day of July, 2013.

_____
Gloria M. Navarro
United States District Judge